CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

NOV 28 2023

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

Ballou

8th Amendment Violation
CRUEL and UNusual Punishment
Eight Under cover FBI Agent's

7:23-cv-00766

Warden Streeval in charge of all Facility operations

ASST. Warden Second in command there fore Responsible For All Facility Functions

CAPt. Bowles usually in Charge of All Facility Functions And the SHU.

Operations Lt. over Looking All Facility Functions on a daily Basis

Lt. HAmilton in command usually when he WORKS 7 to 3 Shift

Lt. Buchanan new to the Facility but he's down with the Nonsense

OFFiceR Robbins Shu OFFiceR 7 to 3 Shift

OFFiceR Davis Shu OFFiceR 3 to 11 Tour

OFFiceR Fields Shu OFFiceR 7 to 3 Tour

OFFiceR Dean Shu OFFiceR 7 to 3 Tour

OFFiceR Bradburn Shu OFFiceR 7 to 3 Tour

−115 pages

OFFiceR Edmunds Shu officer 3 to 11 Tour

OFFiceR SAtterfeld worked shu during event

OFFICER Gilbert Shu officer works 3 to 11 Tour Also 7 to 3 Shift

OFFicer Boiling Shu officer works 7 to 3 Tour

HeAd OF mental health New to Facility but Apart OF the Nonsense

OFFicers that worked the Night shift oN the 8th OF october

OFFicer HoskiNs work's 11 to 7 Tour

## Summary of Events

After leaving F-Unit escorted by AN OFFICER When I got to the Lt. Office AN OFFICER told me And Price we better Fight OR we were gonna have a Rough time in the Shu once he noticed we weren't going to Fight he threw A Stink bomb in the Room. Anyway on the Way to the Shu Lt. HAmilton told us he was going to MAke Sure we got Raped and ASSALted in the Shu. The FiRst two Night's in the Shu were PeaceFul but on Sunday night the 24th of Sept. Edmunds And Satterfeld moved us FRom Cell 107 to 106 When me and my celly walked i#to Cell 106 Feces and URine WAS All over the MAttresses with Sperm on the table No OFFicer would Acknowledge us So we cleaned it up the Lt. BUChANAN moved other inmates but was No where to be Found At this time. BEFOR we moved OFFiceR Robbins said he Know what we did And he WAS going to Split us up And get us Raped And Killed. BRADBURN SAid he was going to Shove a bRoom Stick up OuR ANAls to Kill us his Self on the 25th OF Sept. DaViS gave us empty tRAy's. When I told him there is Nothing in the tRAy's he Said we got the Right tRAy's on the 26th of Sept. RobBins And Fields gave us two more empty tRAy's with Spoon's Sticking out. that we ReFused Tray's. BRADBURN WAS Serving Lunch And didn't give us Food And Said Homo/chomo's DON'T eat On the 28th We ASK BRADBURN Could we

1/3 pages

## Summary of Events

tAlk to the Psych and he said IF i give you A RAZOR And A Rope will you kill your self you deserv to die like All homo/chomo's Also on the 28th we stopped the Psych duRing the WAlk through and told him we would like to File A(PRIA) he Asked on Who I said on OFFiceR's AFteR that All the OFFiceR's in the Shu knew. BRadBuRN was giveing out hygiene and squeezed the SOAP all over PRice And the Floor OF my Cell And said you like Fucking with kiD's how You like my kid's on you. ON Oct. 2 Dean cAme to my door said wassup homo/chmos And duRing Lunch threw our TRAY's on the Floor OF our cell 12:10 AM two OFFiceRs banged on our cell door And said ARe the FAggit moLesteRs Still here. and on the next Round did the same thing. Oct.8th BRadBuRN And Dean was said also on the 1st Round BRadbuRN yelled on Range me And my celly chaRges. 12:33 BRadBuRN stated that he Really hates homo/chomos And sex offenders. I WANt to kill those little dick chomo/homos Hey chomo's in 106 how can you Be muslim's And A homo's they should kill theReselves beFoRe I do Oct. 9 A BRAkeFAst hoskins threw Food tRAY's on Floor Oct. 11 DAVis and Gilbert moved

me and my celly FRom cell 106 to 105 And told me to step out the Shower the WAy I was I Asked FoR A few second to dry off and was told get out or they were comeing in AfteR I got DRessed the c.o's Took cuR STufF All cuR Hygiene FoR No APPARRnt Reason

Due to these heinous acts and continous Constitution violations I'm suing each officer individually in their own capacity For 15 million dollars Plus Pain & Suffering, mental Anguish, emotional distress 20 million Apiece in total 330 million dollars.

Respectfully Submitted

X _Louis A. Stewart_    90734-053

Louis. A. Stewart 90734-053

Louis A. Stewart (90734-053)
USP Coleman 1
P.O. Box 1033
Coleman, FLORIDA, 33521-1033



SAINT PETERSBURG FL
20 NOV 2023 PM 3 L

OFFice OF the CleRK
WesterN District OF ViRgiNa
210 FRANKliN Road. SW
Suite 540
RoANoke, VA, 24011-2208

24011-220840